**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: David Wesley, Jr. Debtor(s) | Case No. 15-07170 |
|---|---|

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 02/28/2015.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 05/22/2015.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 5.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $701.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $0.00 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$0.00** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $0.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $0.00 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$0.00** |

Attorney fees paid and disclosed by debtor: $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AARONS | Secured | 700.00 | NA | NA | 0.00 | 0.00 |
| AARONS | Secured | 300.00 | NA | NA | 0.00 | 0.00 |
| AARONS | Secured | 479.00 | NA | NA | 0.00 | 0.00 |
| UHAUL MOVING & STORAGE | Unsecured | 90.00 | NA | NA | 0.00 | 0.00 |
| USA PAYDAY LOAN | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| UTILITIES EMP FCU | Unsecured | 682.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 1,015.38 | NA | NA | 0.00 | 0.00 |
| WALMART/GEMB | Unsecured | 1,900.00 | NA | NA | 0.00 | 0.00 |
| WINFIELD RADIOLOGY CONSULTAN | Unsecured | 745.00 | NA | NA | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| AFFIRMATIVE PREMIUM FINANCE IN | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| APOLLO CASUALTY COMPANY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ARMED FORCES BANK NA | Unsecured | 902.00 | NA | NA | 0.00 | 0.00 |
| ASHWORTH UNIVERSITY | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ASSOC FINAN | Unsecured | 172.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 134.00 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT | Unsecured | 792.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 2,013.00 | NA | NA | 0.00 | 0.00 |
| CENTRAL DUPAGE EMERGENCY | Unsecured | 1,549.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTIONS SVC | Unsecured | 63.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT LP | Unsecured | 1,432.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/NAVIENT | Unsecured | 7,313.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/NAVIENT | Unsecured | 4,358.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/NAVIENT | Unsecured | 3,707.00 | NA | NA | 0.00 | 0.00 |

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| EDUCATION DEPT OF ED/NAVIENT | Unsecured | 2,193.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/NAVIENT | Unsecured | 2,161.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/NAVIENT | Unsecured | 1,884.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/NAVIENT | Unsecured | 1,454.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/NAVIENT | Unsecured | 1,330.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF ED/NAVIENT | Unsecured | 399.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| FOUNDERS INSURANCE COMPANY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM | Unsecured | 2,667.00 | NA | NA | 0.00 | 0.00 |
| ICS COLLECTION SERVICES | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| LIFETIME FITNESS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 947.00 | NA | NA | 0.00 | 0.00 |
| MED BUSINESS BUREAU | Unsecured | 602.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT | Unsecured | 608.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,617.00 | NA | NA | 0.00 | 0.00 |
| MUNICOLLOFAM | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| MUNICOLLOFAM | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| MUNICOLLOFAM | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| NIAGRA PORTFOLIO SOLUTIONS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NUVELL CREDIT | Unsecured | 14,032.00 | NA | NA | 0.00 | 0.00 |
| PENN FOSTER | Unsecured | 2,000.00 | NA | NA | 0.00 | 0.00 |
| PRIMED MEDICAL CENTER | Unsecured | 480.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE FINANCE | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| PROTECTION CHOICE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| RENT RECOVER LLC | Unsecured | 3,440.00 | NA | NA | 0.00 | 0.00 |
| SOVEREIGN ADVANCE COLLECTION | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| STELLAR RECOVERY INC | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| TIGER TRANZ | Unsecured | 195.00 | NA | NA | 0.00 | 0.00 |
| TIGER TRANZ | Unsecured | 124.00 | NA | NA | 0.00 | 0.00 |
| TIGER TRANZ | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| TIGER TRANZ | Unsecured | 35.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Secured | 7,449.04 | NA | NA | 0.00 | 0.00 |

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$0.00** | **$0.00** | **$0.00** |

| **Disbursements:** | | |
|---|---|---|
| Expenses of Administration | $0.00 | |
| Disbursements to Creditors | $0.00 | |
| **TOTAL DISBURSEMENTS** : | | **$0.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/22/2015 By: /s/ Glenn Stearns
Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.